# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GERARD WAHL,<br><br>        Plaintiff,<br><br>   v.<br><br>SUTTON,<br><br>        Defendant. | Case No. 1:16-cv-01576-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE AND ISSUANCE OF SUMMONS<br><br>(ECF No. 17) |

Plaintiff Peter Gerard Wahl ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on October 19, 2016. (ECF No. 1.) A first amended complaint was filed on February 16, 2017, and has not yet been screened. (ECF No. 15.)

On April 28, 2017, Plaintiff filed a letter to the Court requesting that the Court issue USM 285 forms for completion of service of process and requesting that this action be expedited. The Court construes Plaintiff's letter as a motion for service and issuance of summons.

With respect to Plaintiff's request for the issuance of service documents, Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court will direct service of process only after Plaintiff's complaint has been screened and found to state cognizable claims for relief. Once the complaint is screened and found to have

1

stated a cognizable claim against any defendant, a copy of the complaint will be sent to Plaintiff with service documents.

The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable. Plaintiff's complaint will be screened in due course.

Plaintiff also seeks advice regarding access to PACER (Public Access to Court Electronic Records). (ECF No. 17.) With respect to PACER access, Plaintiff is directed to the Court's Local Rules. Local Rule 135(g)(3) states in relevant part that "[t]o register for PACER, a user must complete the online form or submit a registration form, available on the PACER website (http://pacer.psc.uscourts.gov)."

Accordingly, Plaintiff's motion for service and issuance of summons (ECF No. 17) is HEREBY DENIED without prejudice, as premature.

IT IS SO ORDERED.

Dated: **May 5, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE