# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GERARD WAHL,<br><br>    Plaintiff,<br><br>    v.<br><br>SUTTON,<br><br>    Defendant. | Case No. 1:16-cv-01576-LJO-BAM (PC)<br><br>Appeal No. 19-16929<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL AS MOOT<br>(ECF No. 55) |

       Plaintiff Peter Gerard Wahl ("Plaintiff"), a former state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On September 20, 2019, the Court granted Defendant Sutton's motion to dismiss on the ground that Defendant is entitled to qualified immunity. (ECF No. 52.) Judgment was entered in favor of Defendant accordingly on the same date, and the case was closed. (ECF No. 53.) On September 30, 2019, Plaintiff filed a notice of appeal, together with a motion to proceed *in forma pauperis* on appeal. (ECF Nos. 54, 55.)

       On October 2, 2019, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. (ECF No. 58); 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked

1

and should continue on appeal. Plaintiff's pending motion to proceed *in forma pauperis* on appeal, (ECF No. 55), is therefore DENIED as moot.

IT IS SO ORDERED.

Dated: **October 2, 2019**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE