# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER GERARD WAHL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUTTON,<br><br>　　　　Defendant. | Case No. 1:16-cv-01576-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECORD ON APPEAL<br><br>(ECF No. 60) |

On October 21, 2019, Plaintiff Peter Gerard Wahl, a former state prisoner who was proceeding *pro se* and *in forma pauperis* in this civil rights action, filed a motion seeking a complete copy of the record on appeal. (ECF No. 60.)

Pursuant to the Ninth Circuit Rules, Plaintiff, as a *pro se* litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.2. Further, to the extent Plaintiff is attempting to order a transcript, this request is unnecessary. Fed. R. App. P. 10(b)(1). No proceedings in this action were transcribed. Plaintiff's motion is therefore DENIED.[1]

IT IS SO ORDERED.

Dated: **October 25, 2019**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not prevented from requesting copies of the excerpts of the record pursuant to Ninth Circuit Rule 30-3.

1